**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | IN PROCEEDINGS UNDER |
| ) | CHAPTER 7 |
| DAVID RUSSELL FRY and, ) | |
| AMY ELIZABETH FRY, ) | |
| ) | |
| Debtors. ) | Case No. 21-40409 |

**MOTION TO COMPEL DEBTORS TO PROVIDE**
**TRUSTEE WITH COPIES OF TAX RETURNS**

COMES NOW, Dana S. Frazier, Trustee in the above-captioned case, and for her Motion to Compel Debtors to Provide Trustee with Copies of Tax Returns, states as follows:

1. Dana S. Frazier, is the duly and acting trustee in this case.

2. In order for the Trustee to perform the duties required of her by law, it is necessary for her to review the Debtors' 2021 income tax returns (federal and state).

3. On several occasions, the Trustee made written request to Debtors' Attorney requesting the income tax returns with a copy to Debtors.

4. To date, Debtors have not delivered copies of their 2021 income tax returns.

WHEREFORE, the Trustee prays that this Court enter its order directing the Debtors to deliver to the Trustee within 10 days their 2021 income tax returns.

    Respectfully Submitted

    /s/ Dana S. Frazier
    Dana S. Frazier, 06242921
    Chapter 7 Trustee

1

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I served a copy of the **Motion to Compel Debtors to Provide Trustee Copies of Tax Returns** by U.S. Mail or Electronic Mail to:

Brad Olson, Debtor's Attorney

U.S. Trustee


Dated:  May 25, 2022

                                                      /s/ Dana S. Frazier
                                                     Dana S. Frazier, #06242921
                                                     Chapter 7 Trustee


Dana S. Frazier
Chapter 7 Trustee
Frazier Law Office LLC
P.O. Box 159
Murphysboro, IL  62966
Tel:     618-687-5707
Fax:    618-687-5710
frazierlw@frontier.com